# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| HELENE DUTTON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>DENISON HEALTH CARE CENTER, LTD. CO. and CANTEX HEALTHCARE CENTERS, LLC,<br><br>    Defendants. | §§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:22-CV-00072-ALM |

## ORDER OF DISMISSAL

The Court has considered the parties' Joint Stipulation of Dismissal With Prejudice. Pursuant to the Stipulation, the Court hereby **ORDERS:**

1. All claims asserted by the parties in the above-captioned lawsuit are dismissed in their entirety with prejudice to their being re-filed; and

2. Each party shall bear her or its own attorneys' fees and costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

 SIGNED this 30th day of August, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE